UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILFRIDO BONILLA,<br><br>                      Plaintiff,<br><br>               -v.-<br><br>CITY OF NEW YORK, SERGEANT JOHN DEBENEDETTO, SERGEANT JASON ISAIA, LIEUTENANT PAUL GAGLIA, and DEPUTY INSPECTOR VINCENT SALERNO,<br><br>                      Defendants. | 18 Civ. 12142 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

       The Court has become aware that, because of filing errors by Plaintiff's counsel, the docket in this case currently contains two misspelled names and incorrectly designates two parties as ADR Providers. The Court directs the Court to correct the names in the docket by replacing "Sergeant John Debinadero" with "Sergeant John Debenedetto," and by replacing "Sergeant Jason Assia" with "Sergeant Jason Isaia." The Court further directs the Clerk of Court to terminate the "ADR Provider" roles of Debenedetto and Isaia.

       SO ORDERED.

Dated:     March 10, 2021
              New York, New York

                                                         KATHERINE POLK FAILLA
                                                         United States District Judge